

United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>James Daly and Shannon P. Daly,<br>                  Debtors. | Case No. 25-14980-djb<br><br>Chapter 13 |

**Debtors' Motion to Expedite Hearing
on Verified Motion for Turnover and Sanctions Directed to Santander Bank**

**AND NOW**, Debtors James Daly and Shannon P. Daly, through their attorney, move for the entry of an order scheduling an expedited hearing on their Verified Motion for Turnover and Sanctions Directed to Santander Bank (the "Substantive Motion") under Local Bankr. R. 5070-1(g) and 9014-3; and Fed. R. Bankr. P. 9006(c), 9013, and 9014.

**I.    Jurisdiction**

    1.    The Court has jurisdiction under 28 U.S.C. § 1334 and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

    2.    This is a core proceeding under 28 U.S.C. § 157(b).

    3.    The Debtors consent to the entry of a final order by the Court.

    4.    Venue is proper under 28 U.S.C. § 1409.

**II.    Background**

    5.    The Debtors petitioned for relief under chapter 13 of the Bankruptcy Code on December 5, 2025.

    6.    On December 24, 2025, the Debtors filed the Substantive Motion requesting that the Court order a repossessed vehicle to be turned over to them, among other relief.

**III.    Grounds for Expedited Consideration**

7.      Expedited consideration is necessary and appropriate because the Debtors continue to incur financial losses due to their inability to use the repossessed vehicle.

8.      The Movant reviewed the Court's calendar pursuant to L.B.R. 5070-1(a) and L.B.R. 9014-3(c). The earliest ordinary hearing date available is January 22, 2026, which is not sufficient given the Debtors' urgent need for return of their vehicle.

9.      For cause shown, the Court may reduce the time for notice and set an expedited hearing and objection schedule.

10.     The Debtors request that the Court schedule an expedited hearing as soon as possible.

**IV.    Notice and Consultation**

11.     The Substantive Motion and the instant motion have been served on all parties registered for service of notices through the CM/ECF system.

12.     The Debtors consulted with the following interested parties regarding the need for expedited consideration and potential hearing dates:

   a.    William E. Craig, attorney for respondent. Mr. Craig informed the Debtors that any hearing date other than January 2, 2026, is acceptable.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtors' favor if necessary and proper under the law.

Date: December 24, 2025	**SADEK LAW OFFICES LLC**
*Attorney for Debtors*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com