# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  

    James Daly and Shannon P. Daly,  

                Debtors.

Case No. 25-14980-djb  

Chapter 13

**Order Setting Expedited Hearing on
Debtors' Verified Motion for Turnover and Sanctions Directed to Santander Bank**

    **AND NOW**, upon consideration of the Verified Motion for Turnover and Sanctions Directed to Santander Bank filed at ECF No. 13 ("the Motion") by Debtors James Daly and Shannon P. Daly, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. A hearing to consider the Motion will be held on _____, at _____ (the "Hearing").

3. The Hearing will be an evidentiary hearing conducted in the following format:

   ☒ Video Conference using the following link:
   *If no link is provided, the video conference link will be included on the hearing calendar.*

   ☒ In-Person in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. Written objections or other responsive pleadings (while not required) may be filed up to the time of the hearing, and all objections will be considered at the hearing.

5. The Movant shall serve the Motion and this order on the U.S. Trustee, the case trustee, any individual respondents, all secured creditors, and all parties otherwise requesting notice by overnight mail, facsimile transmission, or e-mail transmission no later than 5:00 p.m. on _____.

6. Service made to each party identified above through the court's CM/ECF system is effective.

7. The Movant shall serve this order and a Notice of the Motion in conformity with Local Bankr. Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on _____.

8.  The Movant shall promptly file a Certification of Service as required by Local Bankr. R. 9014-4.


Date: _____

　　　　　　　　　　　　　　　　Derek J. Baker
　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge