# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  
    James Daly and Shannon P. Daly,  
                      Debtors.

Case No. 25-14980-djb  
Chapter 13

**Order Setting Expedited Hearing on  
Debtors' Verified Motion for Turnover and Sanctions Directed to Santander Bank**

      **AND NOW**, upon consideration of the Verified Motion for Turnover and Sanctions Directed to Santander Bank filed at ECF No. 13 ("the Motion") by Debtors James Daly and Shannon P. Daly, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. A hearing to consider the Motion will be held on January 8, 2026, at 1:30 PM (the "Hearing").

3. The Hearing will be an evidentiary hearing conducted in the following formats:

    ☒ Video Conference using the following link: ZoomGov.com with Join Meeting ID 161 0657 4791  
    *If no link is provided, the video conference link will be included on the hearing calendar.*

    ☒ <u>In-Person in Courtroom No. 2</u> at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. Written objections or other responsive pleadings (while not required) may be filed up to the time of the hearing, and all objections will be considered at the hearing.

5. The Movant shall serve the Motion and this order on the U.S. Trustee, the case trustee, any individual respondents, all secured creditors, and all parties otherwise requesting notice by overnight mail, facsimile transmission, or e-mail transmission no later than 5:00 p.m. on December 29, 2025.

6. Service made to each party identified above through the court's CM/ECF system is effective.

7. The Movant shall serve this order and a Notice of the Motion in conformity with Local Bankr. Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on December 29, 2025.

8.     The Movant shall promptly file a Certification of Service as required by Local Bankr. R. 9014-4.

Date:   December 29, 2025

_____
Derek J. Baker
U.S. Bankruptcy Judge