# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  

    James Daly and Shannon P. Daly,  

        Debtors.

Case No. 25-14980-djb  

Chapter 13

## Debtors' Witness List

| Order | Name | Testimony |
|---|---|---|
| 1 | Shannon P. Daly | The witness will testify, among other things, that the Debtors have not been in possession of the subject vehicle at all times since it was repossessed. |