# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    James Daly and Shannon P. Daly,

        Debtors.

Case No. 25-14980-djb

Chapter 13

### Order Sanctioning Santander Bank Under 11 U.S.C. § 362(k)

**AND NOW**, upon consideration of the *First Amended Verified Motion for Sanctions for Violation of the Automatic Stay Directed to Santander Bank* filed by Debtors James Daly and Shannon P. Daly, after notice and hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Pursuant to 11 U.S.C. § 362(k), Santander Bank (the "Creditor") must pay the Debtors actual damages in the amount of $10,000 within fourteen days after the entry of this order.

3. The Debtors' attorney must file a certification and itemization of attorney's fees and costs directly related to enforcing turnover and the automatic stay within seven days after entry of this order. Any objections to the reasonableness of such fees and costs must be filed within seven days later.

4. If the Creditor fails to timely comply with this order, the Debtors may file a certification of default, and then the court may enter an order to show cause why the Creditor should not be held in contempt and sanctioned.

5. The court retains jurisdiction to interpret and enforce this order.

Date:

        Derek J. Baker
        U.S. Bankruptcy Judge