# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Daly,<br>Shannon P. Daly,<br>                      *Debtors*. | Case No. 25-14980-djb<br>Chapter 13 |

## Certificate of Service

I, Michael I. Assad, certify that on January 27, 2026, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtors' First Amended Verified Motion for Sanctions for Violation of the Automatic Stay Directed to Santander Bank

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 27, 2026

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com