# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Case No. 25-14980-djb

    James Daly and Shannon P. Daly,                  Chapter 13

                          Debtors.

## Stipulation of Settlement Between
## Debtors James Daly and Shannon P. Daly and Creditor Santander Bank N.A. as servicer for Santander Consumer USA Inc.

**AND NOW**, on this 4th day of February 2026, Debtors James Daly and Shannon P. Daly and Creditor Santander Bank N.A. as servicer for Santander Consumer USA Inc., through their undersigned attorneys, state as follows:

**WHEREAS**, the Debtors filed an Amended Motion for Sanctions for Violation of the Automatic Stay with the Court at ECF No. 35, which alleges that the Creditor violated the automatic stay in this bankruptcy case,

**WHEREAS**, the Creditor denies the Debtors' allegations, and

**WHEREAS**, notwithstanding the merits of their respective positions, the parties wish to resolve this dispute without further litigation.

**NOW, THEREFORE**, the parties stipulate as follows:

1. The above recitals are incorporated as if fully set forth herein.

2. The Creditor does not admit any liability or wrongdoing.

3. The Debtors do not admit the merit of any defense by the Creditor.

4. The Creditor agrees to pay $3,099.00 to the Debtors in the form of a check made payable to James Daly and Shannon P. Daly.

5. As payment of the reasonable attorney's fees and costs incurred by the Debtors in connection with the Motion, the Creditor agrees to pay $2,500.00 to the Debtors' attorney in the form of a check made payable to Sadek Law Offices LLC.

6. The Debtors agree to fully release and forever discharge the Creditor from all causes of action asserted in the Motion or that could have been asserted based on the same facts, acts, or omissions occurring on or before the date of this stipulation, whether arising under 11 U.S.C. § 362(k) or any other statute, regulation, or common law.

7. The Creditor must remit the payments by a trackable courier service such as UPS, FedEx, or USPS Priority Mail, to the Debtors' attorney at the following address: Sadek Law Offices, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102.

8. If the Creditor fails to remit the payments within fourteen days after the Court approves this stipulation, the Debtors may certify default to the Court, and the Court may enter an order directing the Creditor to appear and show cause why it should not be held in contempt.

9. This stipulation constitutes the entire agreement between the parties regarding this subject and supersedes all prior negotiations, understandings, and agreements, whether oral or written.

**NOW, THEREFORE**, the parties request that the Court enter an order approving this stipulation in the form of order below and agree that this matter is hereby **SETTLED** upon entry of such order.

| | |
|---|---|
| **SADEK LAW OFFICES LLC** | **EISENBERG GOLD & AGRAWAL P.C.** |
| *Attorney for Debtors* | *Attorney for Creditor* |
| By: /s/ Michael I. Assad | By: /s/ William E. Craig |
| Michael I. Assad | William E. Craig |
| 1500 JFK Blvd., Suite 220 | 1040 Kings Highway N #200 |
| Philadelphia, PA 19102 | Cherry Hill, NJ 08034 |
| 215-545-0008 | 856-330-6200 |
| michael@sadeklaw.com | wcraig@egalawfirm.com |

**Order Approving Stipulation**

**AND NOW**, upon consideration of the above stipulation, and for good cause shown, it is hereby **ORDERED** that:

1. The stipulation is **APPROVED**.

2. The stipulation's terms are incorporated as if fully set forth herein.

3. The court retains jurisdiction to enforce and interpret this order.

Date:

Derek J. Baker
U.S. Bankruptcy Judge

2