**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** <br><br> **James Daly,** <br><br> Debtor . <br><br> **Shannon P Daly,** <br><br> Joint Debtor. <br><br> **Carrington Mortgage Services, LLC,** <br><br> **Movant,** <br><br> v. <br><br> **James Daly,** <br><br> **Shannon P Daly,** <br><br> Debtors/Respondent, <br><br> **KENNETH E. WEST,** <br><br> Trustee/Additional Respondent. | **Bankruptcy No. 25-14980-djb** <br><br> **Chapter 13** <br><br> **Hearing Date: May 14, 2026** <br> **Hearing Time: 11:00 A.M** <br> **Hearing Location:900 Market Street, Suite 201 Philadelphia, PA 19107** <br> **Courtroom Number #2** |

### MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY OF CARRINGTON MORTGAGE SERVICES, LLC TO PERMIT FORECLOSURE OF 1610 RYWAL LANE, BENSALE, PENNSYLVANIA 19020

Carrington Mortgage Services, LLC ("Movant" or "Secured Creditor"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. James Daly, and Shannon P Daly ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on December 5, 2025.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other

25-14980-djb
RAS#26-409062
MFR

applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On October 7, 2008, Shannon P McGee executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $234,211.00 in favor of IndyMac Federal Bank, FSB, a Federally Chartered Savings Bank. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded October 15, 2008 in Instrument Number 2008088133 of the Public Records of Bucks County, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 1610 Rywal Lane, Bensalem, Pennsylvania 19020, (the "Property").

6. The parties entered into a Loan Modification ("Agreement") on October 28, 2025, creating a new principal balance of $277,871.72. A true and correct copy of the Agreement is attached hereto as Exhibit "C".

7. The loan was last assigned to Carrington Mortgage Services, LLC and same recorded with the Bucks County Recorder of Deeds on August 7, 2024, as Instrument Number 2024031580. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "D".

8. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

9. Carrington Mortgage Services, LLC services the loan on the Property referenced in this

Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

10. Based upon the Debtor(s)' Chapter 13 Plan ("Plan") (at Docket No.25), the Debtor intends to cure pre-petition payment arrears due Movant through the Chapter 13 Plan and remains responsible for remitting all post-petition payments directly to Movant.  A true and correct copy of the Chapter 13 Plan is attached hereto as Exhibit "E".

11. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $2,423.94 which came due on January 1, 2026, through April 1, 2026. *see* Exhibit "F".

12. Thus, Debtor(s)' post-petition arrears total $9,695.76 through April 2026.   By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the period alleged above.  In addition, Debtor shall be responsible for related legal fees and costs in prosecution of this action. *see* Exhibit "F".

13. As of April 3, 2026, the unpaid principal balance due under the loan documents is $275,644.36.  Movant's total claim amount, itemized below, is $288,563.94.  *see* Exhibit "F".

| | |
|---|---|
| Principal | $275,644.36 |
| Interest (10/01/25 to 05/01/26) | $11,255.51 |
| Late Charges Due | $69.07 |
| Fees Currently Assessed | $1,595.00 |
| Total Payoff | $288,563.94 |

14. Debtor(s)' docketed schedules list the value of the Property as $325,760.00.  A true and

accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "G".

15. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

16. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

17. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

18. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

19. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Carrington Mortgage Services, LLC  to take any and all steps necessary to exercise any and all rights it may have in the collateral property

described herein, gain possession of said collateral property, seek recovery of reasonable attorney

fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P.

4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: April 14, 2026

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Robert Shearer
Robert Shearer
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

25-14980-djb
RAS#26-409062
MFR

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>**James Daly,**<br>**Shannon P Daly,** | **CHAPTER:    13** |
| **Debtor(s)** | **CASE NO.      25-14980-djb** |

**DECLARATION OF INDEBTEDNESS**

Property Address:
1610 Rywal Lane, Bensalem, Pennsylvania 19020

Mortgage Servicer:
Carrington Mortgage Services, LLC

Post-petition mailing address for Debtor(s) to send payment:
Carrington Motgage Services, LLC
500 N. State College Blvd. Suite 1030, 1300 and 1400 Orange, CA 92868

Mortgagor(s)/Debtor(s):
James Daly (Debtor)
Shannon P Daly (Joint Debtor)

Payments are contractually due:

Monthly ☒ Semi-monthly    ☐ Bi-weekly    ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....        $1,726.79
R.E. Taxes......................        $697.15
Insurance.......................        Included in R.E. Taxes
Late Charge....................        $0.00
Other.............................        $0.00      (Specify: N/A)
**TOTAL**........................        $2,423.94

**POST-PETITION PAYMENTS** (Petition was filed on December 5, 2025)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 01/01/2026 DUE | $0.00 | $2,423.94 | - | - | N/A |
| 02/01/2026 DUE | $0.00 | $2,423.94 | - | - | N/A |
| 03/01/2026 DUE | $0.00 | $2,423.94 | - | - | N/A |
| 04/01/2026 DUE | $0.00 | $2,423.94 | - | - | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: (4) as of April 3, 2026.
TOTAL AMOUNT OF POST-PETITION ARREARS: $9,695.76 as of April 3, 2026.

I hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that I have

examined the information in the foregoing, and have a reasonable belief that the information

contained herein is true and correct.

Dated: 4/8/26

*David Brooks*

Mortgage Company
Carrington Mortgage Services, LLC                                        authorized agent

David Brooks
(Print Name and Title)

PLANO                                        *David Brooks*
Location                                              Signature